**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Ramona Hermanson, | Civil No. 07-4019 (RHK/AJB) |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE OF WALGREENS CO.** |
| vs. | |
| C.B. Fleet Company, Inc., a Virginia corporation; Walgreens Co., an Illinois corporation, and DOES 1 through 100, | |
| Defendants. | |

Based on the Stipulation (Doc. No. 26) between the parties, **IT IS ORDERED** that Plaintiffs' claims against Walgreens Co. are hereby **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

Dated:  February 6, 2008

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge